We have reviewed the briefs of the parties and the record on appeal. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. A written opinion would have no precedential value. We have, however, furnished the parties, for their information only, with a memorandum setting forth the reasons for this order.

The judgment is affirmed pursuant to Missouri Supreme Court Rule 84.16(b).

### Willie COPHER, Appellant,

v.

### Larry DENNEY, et al., Respondents.

### WD 77592

Missouri Court of Appeals,
Western District.

ORDER FILED: July 28, 2015

Willie Copher, Cameron, MO, Appellant, pro se.

Chris Koster, Attorney General, Nicholas Beydler, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondents.

Before Division Three: Karen King Mitchell, Presiding Judge, and Lisa White Hardwick and Anthony Rex Gabbert, Judges

**Order**

Per Curiam:

Willie Copher appeals the circuit court's dismissal of his petition against Respondents Larry Denney and Lori Brown, for failure to state a claim. We affirm. Rule 84.16(b).

### Robert ROTHER, Appellant,

v.

### STATE of Missouri, Respondent.

### WD 77836

Missouri Court of Appeals,
Western District.

ORDER FILED: July 28, 2015

Jeannette Wolpink, Kansas City, MO, Counsel for Appellant.

Rachel Flaster, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Thomas H. Newton, P.J., Victor C. Howard, and Mark D. Pfeiffer, JJ.

### ORDER

Per Curiam:

Mr. Robert A. Rother appeals from a judgment denying his post-conviction relief motion under Rule 24.035 without an evidentiary hearing.